FILED
CLERK OF COURTS

'21 FEB 17 PM 3: 52

WASHINGTON CO. OHIO



# IN THE COURT OF COMMON PLEAS
## WASHINGTON COUNTY, OHIO

| | |
|---|---|
| JOSEPH D. HONEYCUTT ) | **Case No.:** $\mathcal{2}/$ $OT$ $145$ |
| Plaintiff, ) | |
| ) | |
| vs. ) | **Judge:** HALLIDAY |
| ) | |
| THOR MOTOR COACH ) | |
| P.O. Box 1486 ) | |
| Elkhart, IN 46515 ) | **COMPLAINT** |
| ) | |
| and ) | (Jury Demand Endorsed Hereon) |
| ) | |
| GENERAL RV CENTER ) | |
| 3063 Greensburg Road ) | |
| North Canton, OH 44720 ) | |
| Defendants. | |

Now comes Plaintiff, Joseph D. Honeycutt, by and through undersigned counsel and states as follows:

## BACKGROUND

1.  Plaintiff, Joseph D. Honeycutt, is an adult individual citizen and legal resident of the State of Ohio, residing at 3880 Laurel Ridge Road, Lowell, OH 45744.

2.  Defendant, Thor Motor Coach, is a business corporation qualified to do and regularly conducting business in the State of Ohio, with its principal place of business located in Indiana and can be served at 701 County Road 15, Elkhart, IN 46516.

3.  Defendant, General RV Center, is a business corporation qualified to do and regularly conducting business in the State of Ohio, with its principal place of

business located in Ohio and can be served at 3063 Greensburg Road, North Canton, OH 44720.

4.  On or about June 19, 2020, Plaintiff purchased a new 2020 Palazzo, manufactured and warranted by Defendant, from General RV Center (3063 Greensburg Road, North Canton, OH 44720) bearing the Vehicle Identification Number 4UZACJFC2LCLX6605 (hereinafter the "vehicle").

5.  The vehicle was purchased or leased in the State of Ohio and is registered in OH.

6.  The price of the vehicle and/or the total of payments is approximately $207,497.00.

7.  Plaintiff states that as a result of the ineffective repair attempts made by Defendant, through its authorized dealer(s), the vehicle cannot be utilized for the purposes intended by Plaintiff at the time of acquisition and hence, the vehicle is worthless and/or substantially impaired.

8.  In consideration for the purchase of the above vehicle, Defendant issued to Plaintiff one or more written warranties on particular items.

9.  On at least six (6) occasions there was a major water leak on the kitchen slide and no fix to date, the refrigerator not working with no fix, the floor lifting when the furnace is running with the main duct leaking and causing the linoleum to rise. New foil tape applied. Daylight can be seen at the rear corner of the kitchen slide when the room is in the out position with new lower sweep seal applied. The touch pad in the dash cuts out over bumps and a new special order part is ordered. The trim on the bathroom door is falling off with new nails set in. The entry step rubber piece coming off and new glue applied. The air conditioner is not working

and no fix is found, the front grill fell off with new lock nuts needed. The front hood not shutting and new washer and nut installed. The headlights need to be adjusted because they point to the ground. The white ceiling trim in the bunk bedroom coming off with a new ceiling ordered and new molding being snapped in. Water stains on the floor. Marker under the table from the manufacturer is appearing with new vinyl flooring being ordered. The screen in the kitchen above the sink is missing a clip to hold the screen in with a new clip being ordered. A noise is heard while driving with 4 mud flaps needing 6 screws on each, living room slide makes a loud squeaking noise and the slides were lubed.

10.     Plaintiff notified the Defendant and/or its Authorized Dealer(s) on one or more occasions, and/or formally notified the Defendant by letter of Plaintiff's present intention to revoke acceptance of the vehicle and requested the return of all funds paid toward the vehicle.

## COUNT I
## OHIO LEMON LAW

11.     Plaintiff hereby reavers and incorporates by reference all statements and allegations previously set forth as if fully rewritten herein.

12.     Section 1345.71 through Section 1345.77 of the Ohio Consumer Sales Practices Act is commonly known as, and will hereinafter be referred to as, the "Ohio Lemon Law."

13.     Plaintiff is a "Consumer" as defined by R.C. § 1345.71(A).

14.     Defendant is a "Manufacturer" as defined by R.C. § 1345.71(B).

15. Defendant provided an "Express Warranty" and a "Warranty" as defined by R.C. § 1345.71 (C).

16. Plaintiff purchased or leased the vehicle from and/or had it serviced at Defendant's "Authorized Dealer[(s)]," as that term is used throughout R.C. § 1345.71 et seq.

17. Plaintiff reported one or more "nonconformities," as defined by R.C. § 1345.72 (B) and 1345.71(E), to the manufacturer, through its authorized dealer, within one year and eighteen thousand (18,000) miles of the date of delivery.

18. Defendant, through its authorized dealer(s), has been unable, unwilling and/or has refused to conform the motor vehicle to the express warranty by repairing one or more nonconformities within a reasonable number of attempts or a reasonable amount of time.

19. Plaintiff may satisfy one or more of the presumptions in Section 1345.73.

20. If Defendant maintains a qualified Informal Dispute Resolution Mechanism, Plaintiff has resorted to it at least forty (40) days prior to filing this Complaint and/or has pursued that process to its completion, as required by R.C. § 1345.77 (B) and rules promulgated thereunder.

WHEREFORE, Plaintiff respectfully demands:

1. The "full purchase price" of the vehicle, collateral charges, finance charges, incidental and consequential damages;

2. Costs, including expert witness fees and reasonable attorney's fees; and

3. For such other relief as this court deems just and proper.

## COUNT II
## AGAINST BOTH DEFENDANTS
## MAGNUSON-MOSS FEDERAL TRADE COMMISSION ACT

21. Plaintiff hereby reavers and incorporates by reference all statements and allegations previously set forth as if fully rewritten herein.

22. Plaintiffs is a "Consumer" as defined by 15 U.S.C. § 2301(3).

23. Defendants are "Suppliers" and a "Warrantors" as defined by 15 U.S.C. § 2301(4) & (5).

24. The vehicle is a "Consumer Product" as defined by 15 U.S.C. § 2301(1).

25. One or more of the warranties given to Plaintiff by Defendants were a "Written Warranty" as defined by 15 U.S.C. § 2301(6) and/or a "Service Contract" as defined by 15 USC § 2301(8).

26. Defendants, through its authorized dealer(s), has been unable, unwilling and/or has refused to conform the motor vehicle to the written warranty and/or service contract by repairing one or more nonconformities within a reasonable number of attempts or a reasonable amount of time.

27. Plaintiff states that Defendants have been afforded a reasonable opportunity to cure the vehicle's nonconformities pursuant to 15 U.S.C. § 2310 (e).

28. Section 15 U.S.C. § 2310 (d) (1) provides:

Subject to subsections (a)(3) and (e) of this section, a consumer who is damaged by the failure of a supplier, warrantor, or service contractor to comply with any obligation under this chapter, or under a written warranty, implied warranty, or service contract, may bring suit for damages and other legal and equitable relief....

29. As a direct and proximate result of Defendant's failure to comply with Defendants express written and implied warranties and service contract, Plaintiff has and continues to suffer damages.

30. If Defendants maintain a qualified Informal Dispute Resolution Mechanism, Plaintiff has resorted to it at least forty (40) days prior to filing this Complaint and/or has pursued that process to its completion, as required by 15 U.S.C. § 2310 (a) and rules promulgated thereunder.

31. Pursuant to 15 U.S.C. § 2310 (d)(2), Plaintiff seeks all Costs, including attorney's fees and expert witness fees.

WHEREFORE, Plaintiff respectfully demands:

1. The full purchase price of the vehicle, collateral charges, finance charges, incidental and consequential damages;

2. Costs, including expert witness fees and reasonable attorney's fees; and

3. For such other relief as this court deems just and proper.

## COUNT III
## AGAINST BOTH DEFENDANTS
## OHIO UNIFORM COMMERCIAL CODE

32. Plaintiff hereby reavers and incorporates by reference all statements and allegations previously set forth as if fully rewritten herein.

33. The defects and nonconformities exhibited by the vehicle constitute a breach of contractual and statutory obligations of Defendants, including, but not limited to, the following:

a. Express Warranty

b. Implied Warranty of Merchantability; and

c.    Implied Warranty of Fitness for a Particular Purpose.

34.    At the time delivery of the vehicle to Plaintiff and at all times subsequent thereto, Plaintiff has justifiably relied on Defendants' express and implied warranties, obligations and representations with regard to the vehicle.

35.    At the time of delivery of the vehicle and at all times subsequent thereto, Defendants were aware that Plaintiff was relying on Defendants' express and implied warranties, obligations and representations with regard to the vehicle.

36.    Plaintiff has incurred damage as a direct and proximate result of the Defendants' breach and failure to honor its express and implied warranties, obligations and representations with regard to the vehicle.

37.    Plaintiff has incurred damage as a direct and proximate result of the failure of essential purpose of Defendants' express and implied warranties, obligations and representations with regard to the vehicle.

WHEREFORE, Plaintiff respectfully demands:

1.    The full purchase price of the vehicle, collateral charges, finance charges, incidental and consequential damages;

2.    Costs, including expert witness fees and reasonable attorney's fees; and

3.    For such other relief as this court deems just and proper.

## COUNT IV
## IMPLIED WARRANTY IN TORT

38.    Plaintiff hereby reavers and incorporates by reference all statements and allegations previously set forth as if fully rewritten herein.

39.　The defects and nonconformities exhibited by the vehicle constitute a breach of contractual, statutory and/or common law obligations of Defendants, including, but not limited to, the following:

  a. Implied Warranty of Merchantability sounding in Tort; and

  b. Implied Warranty of Fitness for a Particular Purpose sounding in Tort.

40.　At the time delivery of the vehicle to Plaintiff and at all times subsequent thereto, Plaintiff has justifiably relied on Defendants' implied warranties, obligations and representations with regard to the vehicle.

41.　At the time of delivery of the vehicle and at all times subsequent thereto, Defendants were aware that Plaintiff was relying on Defendants' implied warranties, obligations and representations with regard to the vehicle.

42.　Plaintiff has incurred damage as a direct and proximate result of the Defendant's breach and failure to honor its implied warranties, obligations and representations with regard to the vehicle.

WHEREFORE, Plaintiff respectfully demands:

  1. The full purchase price of the vehicle, collateral charges, finance charges, incidental and consequential damages;

  2. Costs, including expert witness fees and reasonable attorney's fees; and

  3. For such other relief as this court deems just and proper.

## COUNT V
## OHIO CONSUMER SALES PRACTICES ACT

43.　Plaintiff hereby reavers and incorporates by reference all statements and allegations previously set forth as if fully rewritten herein.

44. Section 1345.01 et seq. is commonly known as, and will hereinafter be referred to as, the "Ohio Consumer Sales Practices Act" or "CSPA."

45. Plaintiff is a "Person," as defined by R.C. § 1345.01 (B).

46. Defendants are "Suppliers" and "Persons" as defined by R.C. § 1345.01 (C) & (B).

47. Plaintiff's purchase of the vehicle is a "Consumer Transaction" as defined by R.C. § 1345.01 (A).

*UNFAIR, DECEPTIVE OR UNCONSCIONABLE ACTS GENERALLY*

48. In connection with said transaction, Defendants committed unfair, deceptive and unconscionable acts and practices in violation of R.C. § 1345.02 and R.C. § 1345.03.

*Said acts and practices include, but are not limited to, the following*:

49. Defendants' representation that the vehicle contained a valid warranty, which would cause effective warranty repairs to be made within a reasonable time and within the warranty period, was untrue.

50. Defendants' representation that the vehicle contained, as a remedy, an effective warranty, which would cause effective warranty repairs to be made within a reasonable time and within the warranty period, was false.

51. Defendants' representation that the vehicle would have the natural benefits of being fit for its intended and ordinary purposes and merchantable, was untrue.

52. Defendants' representation that the vehicle was fit for ordinary purposes, was untrue.

53. Defendants' representation that the vehicle was merchantable was untrue.

54. Defendants' violation of the Ohio Lemon Law constitutes an unfair, deceptive and/or unconscionable sales practice.

55. Defendants knowingly committed all of the above referenced unfair, deceptive and unconscionable acts and practices.

### *ACTS DECLARED UNFAIR, DECEPTIVE OR UNCONSCIONABLE BY ATTORNEY GENERAL RULES*

56. In connection with said transaction, Defendants committed acts and practices that have been declared to be unfair, deceptive or unconscionable by rules adopted pursuant to R.C. § 1345.05 (B)(2).

57. Said acts and practices were committed after such rules were made available for public inspection pursuant to R.C. § 1345.05 (A)(3).

*Said acts and practices include, but are not limited to, the following:*

58. Defendants never disclosed any defects in connection with the sale of the vehicle, as required by O.A.C. 109:4-3-16 (B)(14).

59. Defendants may have violated the Motor Vehicle Repairs and Services Rule by failing to comply with all the requirements of O.A.C. § 109:4-4-05, 109:4-3-13 and R.C. 1345.74.

60. Defendants knowingly committed all of the above referenced unfair, deceptive and unconscionable acts and practices.

### *ACTS DECLARED UNFAIR, DECEPTIVE OR UNCONSCIONABLE BY OHIO COURTS*

61. In connection with said transaction, Defendants committed acts and practices that have been declared violations of R.C. § 1345.02 and/or R.C. § 1345.03 by Courts of the State of Ohio.

62. Said acts and practices were committed after such court decisions were made available for public inspection pursuant to R.C. § 1345.05 (A)(3).

*Said acts and practices include, but are not limited to, the following:*

63. Defendants, who had a legal obligation to Plaintiff under the written warranty, breached, avoided and/or attempted to avoid its obligations to the Plaintiff, which has been declared a violation of the CSPA in Brown v. Spears, No. 8897 (Muni, Franklin 1979); Brown v. Lyons, 322 N.E.2d 380 (CP, Hamilton 1974) and related cases.

64. Defendants exhibited a pattern of inefficiency, stalling and/or incompetency with regard to its warranty repair work, which is behavior declared a violation in Brown v. Lyons, 332 N.E.2d 380 (CP Hamilton 1974); Pearson v. Tom Harrigan Oldsmobile-Nissan, Inc., No. 12411, 1991 WL 214228 (2d Dist. Ct. App., Montgomery, 1991); and Brown v. Spears, No. 8897 (Muni, Franklin 1979).

65. Defendants failed to honor its implied warranty of merchantability, which was declared a violation of the CSPA in Brown v. Lyons, 322 N.E.2d 380 (CP, Hamilton 1974).

66. Defendants refuse to accept Plaintiff's revocation of acceptance of goods, which was declared to be a violation in Holsinger v. Krystal Klear Sales & Service, Inc, No. 91-CV-55 (CP, Meigs 1991) and Price v. Humphries Auto City, Inc., No. 7-89-CVE-243 (Muni, New Philadelphia 1990).

67. Defendants knowingly committed all of the above referenced unfair, deceptive and unconscionable acts and practices.

WHEREFORE, Plaintiff respectfully demand:

1.     Judgment against Defendants in an amount equal to three times Plaintiff's actual damages in excess of $25,000.00 and/or the statutory minimum of $200 for each additional unlawful act specified, over and above any treble damage award;

2.     Costs, including expert witness fees and reasonable attorney's fees;

3.     A declaratory judgment that Defendants' practices herein complained of are unfair, deceptive and/or unconscionable; and

4.     For such other relief as this court deems just and proper.

Respectfully submitted,

/s/ Timothy J. Abeel, Jr.

Timothy J. Abeel, Jr. (Ohio Bar #100473)
20 S. Third Street, Suite 210
Columbus, OH 43215
Phone: (888) 830-1474
Fax: (888) 979-8403
Email: www.timothyabeel.com

**Counsel for Plaintiff**

## JURY TRIAL

A trial by jury in the within action is hereby demanded on all issues except the determination of reasonable attorney's fees and costs and the determination of which damages shall be trebled, which are reserved for determination by the Court in the event that Plaintiff prevails at a trial on the merits.

*/s/ Timothy J. Abeel, Jr.*
Timothy J. Abeel, Jr. (Ohio Bar #100473)
20 S. Third Street, Suite 210
Columbus, OH 43215
Phone: (888) 830-1474
Fax: (888) 979-8403
Email: www.timothyabeel.com

**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of Plaintiff's Complaint will be served to all parties through the electronic filing system of the Washington County Court of Common Pleas and served upon all Defendants by the Clerk via U.S. Certified Mail.

Dated: July 29, 2021

/s/ *Timothy J. Abeel Jr.*
Timothy J. Abeel, Jr. (Ohio Bar #100473)
20 S. Third Street, Suite 210
Columbus, OH 43215
Phone: (888) 830-1474
Fax: (888) 979-8403
Email: www.timothyabeel.com

**Counsel for Plaintiff**

# GENERAL RV CENTER®

www.generalrv.com

3063 GREENSBURG ROAD
NORTH CANTON, OH 44720
PHONE (330) 896-8977
FAX (330) 896-6655

# Purchase Agreement

| PURCHASER #1 | | | DATE |
|---|---|---|---|
| JOSEPH D HONEYCUTT | | | 06/19/2020 |
| PURCHASER #2 | | | Quote # 338236 |
| ADDRESS | | | Customer # 1591663 |
| 3880 LAUREL RIDGE RD | | | |
| CITY | | STATE | ZIP |
| LOWELL | | OH | 45744 |
| HOME PHONE | | COUNTY | |
| 304-210-3599 | | WASHINGTON | |
| CELL PHONE #1 | | CELL PHONE #2 | |
| 304-210-3599 | | | |
| E-MAIL ADDRESS | | SALESPERSON | |
| JOEHONEYCUTT16@YAHOO.C | | SUMNEY, JEFFREY L | |

| | | |
|---|---|---|
| ☒ NEW ☐ USED | YEAR 2020 | MAKE PALAZZO | MODEL 37.4 COME IN $164,000 |
| VEHICLE IDENTIFICATION NUMBER 4UZACJFC2LCLX6605 | ENGINE | ODOMETER 1028 | |
| COLOR | STOCK NO. 215991 | WEIGHT/FEE CAT. | |

| ACCESSORIES AND/OR EQUIPMENT | $ | 0 | 00 |
|---|---|---|---|
| | LIST PRICE $ | 207,497 | 00 |
| | Paint Protection paid to Platinum Ultimate Plus | 2,485 | 00 |
| | Tire Blowout Protection paid to TYRON | 2,185 | 00 |
| | Vehicle Service Contract paid to CORNERSTONE | 12,088 | 00 |
| | Tire & Wheel Protection paid to TIRE SHIELD | 1,269 | 00 |
| | Roadside Assistance paid to COACHNET | 945 | 00 |
| | GAP paid to NSD GAP | 1,495 | 00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Agreed price includes all factory and dealer rebates, discounts and incentives. | SUB-TOTAL | 227,964 | 00 |

## DESCRIPTION OF TRADE-IN

| YEAR 2017 | MAKE VAROOM | MODEL 24 | TYPE NA |
|---|---|---|---|
| VEHICLE IDENTIFICATION NO. 5ZT2FEWB8HA026363 | APPRAISAL $53,500.00 | BY: | |
| CURRENT ODOMETER READING | BALANCE OWED TO FARMERS / N/A | BALANCE OWED $37,357.62 | |

IF THIS IS FOR A USED MOTOR VEHICLE, THE INFORMATION ON THE WINDOW FORM (FEDERAL TRADE COMMISSION) IS PART OF THIS AGREEMENT. THE INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THIS CONTRACT OF SALE.

THIS AGREEMENT IS NOT BINDING UPON THE PURCHASER OR THE DEALER UNTIL SIGNED BY BOTH PARTIES, OR UNTIL CREDIT TERMS ARE APPROVED AND ACCEPTED BY THE DEALER, PURCHASER, AND LENDING INSTITUTION. IF CREDIT TERMS ARE NOT ACCEPTED, FULL DEPOSIT WILL BE REFUNDED TO PURCHASER. AGREEMENT BASED UPON AVAILABILITY OF VEHICLE. PURCHASER IS OF LEGAL AGE IN THIS STATE. YOU ARE AUTHORIZED TO CHECK MY CREDIT HISTORY.

## COMPANY POLICY

We must have your trade title, cashier's check, bank money order or a certified check for the balance of the purchase price, in addition to your down payment. A Document Processing Fee of $250.00 will be charged.

THIS PURCHASE AGREEMENT CONTAINS THE ENTIRE UNDERSTANDING BETWEEN GENERAL RV AND PURCHASER. NO ONE HAS AUTHORITY TO MAKE ANY REPRESENTATION BEYOND THIS AGREEMENT. NO OTHER REPRESENTATIONS OR INDUCEMENTS, VERBAL OR WRITTEN HAVE BEEN MADE, WHICH ARE NOT CONTAINED ON THIS DOCUMENT. PURCHASER HAS NOT RELIED ON ANYTHING NOT WRITTEN INTO THIS PURCHASE AGREEMENT SUCH THAT NOTHING ELSE IS THE BASIS OF THE BARGAIN OR IS ENFORCEABLE AGAINST GENERAL RV, EVEN IF ALLEGED TO BE A MISREPRESENTATION. BY SIGNING BELOW, PURCHASER ACKNOWLEDGES THAT PURCHASER HAS RECEIVED A COPY OF THIS AGREEMENT AND THAT PURCHASER HAS READ AND UNDERSTANDS THE TERMS OF THIS AGREEMENT, INCLUDING THOSE PRINTED ON THE REVERSE SIDE, WHICH INCLUDE AN "AS IS" CLAUSE, A NON-REFUNDABLE DEPOSIT STATEMENT, AND CHOICE OF LAW AND FORUM SECTION CLAUSES INDICATING THAT MICHIGAN LAW APPLIES TO ALL POTENTIAL DISPUTES AND THAT ALL CLAIMS MUST BE FILED IN MICHIGAN.

| | | |
|---|---|---|
| 1. TRADE-IN ALLOWANCE | 53,500 | 00 |
| 2. OTHER TAXABLE CHARGES (PROCESSING FEE, SERVICE FEE, ETC.) | 250 | 00 |
| 3. DEALER OR MANUFACTURER FREIGHT | 0 | 00 |
| 4. PREPARATION CHARGES | 0 | 00 |
| 5. TOTAL TAXABLE PRICE | 174,714 | 00 |
| 6. A) SALES TAX | 12,666 | 77 |
| B) LICENSE FEE | 0 | 00 |
| C) TITLE FEE | 35 | 00 |
| 7. LIEN | 37,357 | 62 |
| 8. TOTAL DELIVERED PRICE | 224,773 | 38 |
| 9. CURRENT DOWN PAYMENT | 0 | 00 |
| 10. CASH DUE ON DELIVERY | 20,000 | 00 |
| 11. BALANCE | 204,773 | 39 |

PURCHASER'S SIGNATURE *(signature)*          SALESMAN'S SIGNATURE _____

# LEMON LAW NOTICE TO PURCHASER OF NEW VEHICLE

Ohio law requires vehicle manufacturers, either directly or through others, to provide notice to consumers, in writing, of their lemon law rights at the time of purchase or lease. As such, please note the following:

**"IMPORTANT: IF THIS VEHICLE IS DEFECTIVE, YOU MAY BE ENTITLED UNDER STATE LAW TO A REPLACEMENT OR TO COMPENSATION."**

## ADDITIONAL NOTICE RE: "AS IS" PURCHASE, MICHIGAN LAW APPLYING AND CHOICE OF FORUM/VENUE BEING IN MICHIGAN

**"AS IS":** I understand that GENERAL RV OFFERS NO WARRANTIES, EXPRESS OR IMPLIED, ON THIS RV AND THAT I AM PURCHASING THE RV "AS IS" FROM GENERAL RV. I also understand that the 2-sided Purchase Agreement I signed with General RV is the only document that contains the terms of my agreement with General RV, even though I may have executed a financing agreement.

**Statement re: Ohio's Lemon Law/Michigan Law & Forum/Venue:** I have read and understand the Notice above regarding Ohio's Lemon Law provided to me by General RV. However, I understand that General RV and I have agreed that if any disputes arise between us about the RV I am purchasing they will be resolved by a claim filed in Oakland County, Michigan, with Michigan Law applying, per the terms of our 2-sided Purchase Agreement.

*Additional Information:* Ohio's lemon law does not apply to all vehicles, and its requirements pertain to what the manufacturer must do. In addition, it does not apply to certain portions of a motorhome. This document is for informational purposes only. It is not intended to provide any legal advice, and it does not alter the terms of your Purchase Agreement with General RV, or any other purchase documents in any way. *For more information, please consult your manufacturers' warranties, owner's manuals, assistance booklets, and/or other information for more details.*

**Signature:** General RV has answered all of my questions regarding my purchase of the RV, and the RV, to my satisfaction. I am satisfied with the RV's current condition, and I have read and understand this document.

| | |
|---|---|
| _(signature)_ | 06/15/2020 |
| Purchaser JOSEPH D HONEYCUTT | Date |
| | N/A |
| Purchaser | Date |

GENERAL RV CENTER
3063 GREENSBURG RD
NORTH CANTON OH 44720
(PH) 330-896-8977

WO #: H23579
Customer: 1591663 – HONEYCUTT, JOSEPH D
Address: 3880 LAUREL RIDGE RD
    LOWELL, OH
    45744
Home Phone: 304-210-3599
Work Phone:
Author:BBOHAYCHYK
Location: IH
Invoice #:

Stock #: 215991
Stock Desc: 2020 A-D THOR PALAZZO 37.4
Model: 37.4
Serial #: ZDW03740114433
Chassis #: 4UZACJFC2LCLX6605
Mileage:6655
Key #:
Req'n #:
License #: R
Trim:

Purchase Date: 19 JUN 20
Date In: 19 MAR 21
Promise Date:
Promise Time:
Schedule Date:
Completed: 25 MAR 21
Warr. Date: 19 JUN 20

---

### Job #1 - Warranty

COMPLAINT: CUSTOMER STATES THERE IS A MAJOR WATER LEAK ON THE KITCHEN SLIDE THAT HAS CONTINUED

*PLEASE SEE W/O H20336 FOR PREVIOUS NOTES.*

CUSTOMER STATES THERE IS A MAJOR LEAK HAPPENING WITH HIS KITCHEN SLIDE OUT. HE NOTICED WATER COMING IN FROM THE FRONT OF THE KITCHEN SLIDE OUT WHERE THE FIRE EXSTINGISHER IS ALL THE WAY TO THE BACK BEDROOM. THE FLOORING IS NOW BUBBLED AND MOLDY. WE WERE NOT ABLE TO FIND THE LEAK PREVIOUS, HOWEVER THERE IS DEFINITLY A LEAK SOMEWHERE. PLEASE ADVISE.


*PREVIOUS WO H18351*

LEAK COMING FROM DINNETTE SLIDE AND GATHERING WATER AT BACK KITCHEN SLIDE IN BEDROOM. PLEASE GET WITH TIFFAN ON AN EXPLAINATION. NEED TO CHECK INTO THIS.
Couldnt duplicate
Visually Inspected all of the sliderooms when they were open and closed and nothing stuck out to me . I looked inside and there were signs of water getting in and leads me to the passenger side slide towards the rear so I started to focus on that. Attached a water hose to a ladder and let the water run while the room was in on the rear side of the slideroom for approx 20 mins and I was watching on the inside for any water intrusion and nothing came in. I opened the slideroom and repeated the process, nothing. Closed the room back and up and did it again, while the room was getting leak tested I checked the other rooms for any signs of water intrusion and I didnt see anything. I moved the water hose to the front side of the passenger side slideroom and did another leak test when it was open and closed and no water intrusion. Drove the unit around the lot and back into the bay to see if water shook around and again no signs of water getting in. I did the same tests on the driver side sliderooms and no water intrusion. The only thing left was to check and clean the drain cups on all the sliderooms. I inspected and cleaned them out. WMA 2.75


** This is a goodwill repair that was performed by General RV Center service facility **
Possible gap in seals at the top corner of the slide room.
Inspected the area around the passenger slide room. I didn't see anything that that would cause a leak like the customer showed the service writer. Water tested by simulating the previous rain we had where the customer seen the water. Attached a hose to a ladder so it would spray straight up and then fall down like rain. Did this for over an hour and had no water intrusion into the camper. Changed the way the water sprayed so it was spraying straight onto the passenger side of the camper. After more then an hour there was still no water intrusion inside the camper. Moved the hose again to spray from the front of the camper onto the slide fascia. After 30 minutes I noticed some water coming in at the top corner. Cleaned and sealed the top corners and then down the edge of the slide column and let the sealant dry over night. Per the service writer I performed a seal tech with the slide room closed. I seal tech the entire camper and didn't find any signs of leaks. I open the slide room and pull back the flooring right by the entry steps, I didnt see any damage to the wood and theres no mold or rot. Laid the flooring back down using linoleum installation tape.


CRJ 6.0 hours


CAUSE: Water coming in on shwintek rails and failing beyond the drip cups.



CORRECTION: Sprayed water on both sides of slide room. Water is leaking at both side edges of room near the drip cups. Had a helper spray while I watched for entry point. Water gets in by the shwintek rails and comes down by the drip cups. Drips past the cups because of how the motor cables are run. They push down on the drip cup seal and cause the seal to lean forward letting the water drip on the floor instead. Used mounting cable ties to keep cables from laying on drip cup seals. Cleaned and applied sikaflex at the end of all six rails. Will retest when sealant dries. Sprayed water again. No leaks. LRD9/ 2.1 hrs

**Labor**

| Code | Description | Mechanic | Rate | Total |
|------|-------------|----------|------|-------|
| Z992 | DIAG | LRD9 | N/C | N/C |
| Z992 | DIAG | LRD9 | N/C | N/C |
| Z992 | DIAG | LRD9 | N/C | N/C |

**Other Services**

| Code | Description | Qty | Price | Total |
|------|-------------|-----|-------|-------|
| ENV | ENVIRONMENTAL FEE | 1.00 | N/C | N/C |
| FRTCCW | CRATING ON WARRANTY WORKORDER | 1.00 | N/C | N/C |
| FRTUPSW | UPS ON WARRANTY WORKORDERS | 1.00 | N/C | N/C |
| FRTW | FREIGHT ON WARRANTY WORKORDERS | 1.00 | N/C | N/C |
| SSW | WARRANTY SHOP SUPPLIES | 1.00 | N/C | N/C |
| | | Subtotal for Job #1: | | 0.00 |

**Job #2 - Warranty**
COMPLAINT: THE REFRIGERATOR IS NOT WORKING

CAUSE: No problem found.

| Z992 | DIAG | | LRD9 | N/C | N/C |
|------|------|--|------|-----|-----|
| Z992 | DIAG | | LRD9 | N/C | N/C |

| | | | Subtotal for Job #3: | | 0.00 |
|--|--|--|--|--|--|

### Job #4 - Warranty

COMPLAINT: CUSTOMER STATES THEY CAN SEE DAYLIGHT AT THE REAR CONER OF THE KITCHEN SLIDE WHEN THE ROOM IS OUT.

CAUSE: Seal not laying flat against floor when room is open.

CORRECTION: Inspected slide room. Lower sweep seal at the rear of slide room does not lay flat. Applied glue to secure seal to drip pan. Applied black urethane sealant also. LRD9 / . 3 hrs

**Labor**

| Code | Description | Mechanic | Rate | Total |
|------|-------------|----------|------|-------|
| Z992 | DIAG | LRD9 | N/C | N/C |

| | | Subtotal for Job #4: | | 0.00 |
|--|--|--|--|--|

### Job #COMM - External

PLEASE COMMUNICATE WITH ME BY:

EMAIL_____

CELL#_____

TEXT _____

**Other Services**

| Code | Description | Qty | Price | Total |
|------|-------------|-----|-------|-------|
| FRTCCE | CRATING ON CASH WORKORDER | 1.00 | 0.00 | 0.00 |
| FRTE | FREIGHT ON CASH WORKORDERS | 1.00 | 0.00 | 0.00 |

TERMS:    STRICTLY  CASH  ( UNLESS OTHER ARRANGEMENTS HAVE BEEN MADE)

\*\*\* NOTICE \*\*\*\*
ALL SERVICE UNITS MUST BE PICKED UP SAME DAY OF APPOINTMENT.
IF "KEEP YOU CAMPING"CRITICAL PARTS ARE NOT AVAILABLE
CUSTOMER MAY LEAVE THEIR UNIT FREE OF STORAGE CHARGE
UNTIL COMPLETION.

DATE VEHICLE DROPPED OFF: _____
DATE OF APPOINTMENT: _____
REPAIR COMPLETION DATE: _____
NOTIFIED OF COMPLETION DATE: _____
DATE RELEASED: _____

I WENT THROUGH AN "ACTIVE PICK UP PROCESS" AND
I HAVE INSPECTED ALL OF THE REPAIRS PERFORMED AND THEY ARE TO MY
SATISFACTION.
CUSTOMER SIGNATURE X_____     DATE _____
I/WE THE UNDERSIGNED ACKNOWLEDGE THE FORGOING AS FACTUAL AND I/WE
HEREBY
ACKNOWLEDGE RECEIPT OF COMPLETED COPY.
ALL LABOR REPAIR CONCERNS MUST BE BROUGHT TO THE
ATTENTION OF SERVICE MANAGEMENT WITH-IN 90 DAYS,

THANK YOU FOR CHOOSING GENERAL R.V. SERVICE CENTERS.

NOTE:
STORAGE FEES START 24 HOURS AFTER COMPLETION ($25.00 A DAY)

Estimate: H37485248
Customer: 1591663 - HONEYCUTT, JOSEPH D
Address: 3880 LAUREL RIDGE RD
    LOWELL, OH
    45744
Home Phone: 304-210-3599
Work Phone:
Author:TRMARTIN
Location: IH
Invoice #:

Stock #: 215991
Stock Desc: 2020 A-D THOR PALAZZO 37.4
Model: 37.4
Serial #: ZDW03740114433
Chassis #: 4UZACJFC2LCLX6605
Mileage:6655
Key #:
Req'n #:
License #: R
Trim:

Purchase Date: 19 JUN 20
Date In: 12 APR 21
Promise Date:
Promise Time:
Schedule Date:
Completed:
Warr. Date: 19 JUN 20



---

### Job #1 - Warranty

CUSTOMER WOULD LIKE THOR TO PICK THIS UNIT UP ASAP. THE CUSTOMER STATES THEY USE THIS UNIT IN THE WINTER AND WOULD LIKE IT COMPLETE BEFORE THEN. PREFERABLY SOONER BECAUSE THEY WOULD ALSO LIKE TO USE IT IN JULY. PER DEAN ALBANESE - THOR WILL PICK THE UNIT UP AND FIX THE DAMAGE TO THE FLOOR AND SEE WHY THE VENTS ARE MAKING THE FLOOR BREATHE. CUSTOMER WOULD ALSO LIKE FOR THOR TO MAKE SURE THE LEAKING SLIDE ROOM ISSUE IS FIXED AFTER THE REPAIRS WE COMPLETED ON IT(WO#H23579). THE CUSTOMER WOULD ALSO LIKE TO HAVE THE UNIT RE-PREPPED TO MAKE SURE EVERYTHING IS IN PROPER WORKING CONDITION. PLEASE GIVE US A PICK UP TIME FOR THIS UNIT AS IT IS AT GENERAL RV NOW.

### Other Services

| Code | Description | Qty | Price | Total |
|------|-------------|-----|-------|-------|
| ENV | ENVIRONMENTAL FEE | 1 | 1.50 | 1.50 |




GENERAL RV CENTER
3063 GREENSBURG RD
NORTH CANTON OH
US
44720
330-896-8977

CUSTOMER WORK ORDER # H15756

Completed: 16 OCT 20                    Customer: 1591663 - HONEYCUTT, JOSEPH
Invoice #: GD0112                        Address: 3880 LAUREL RIDGE RD
   Author: TRMARTIN                                LOWELL, OH
 Stock No: 215991                                  45744
Year/Make: 2020 A-D THOR PALAZZO      Home Phone: 304-210-3599
    Model: 37.4                        Work Phone:
Serial No: ZDW03740114433          Purchase Date: 19 JUN 20
Chassis No: 4UZACJFC2LCLX6605            Date In: 02 OCT 20
  Mileage: 6170.2                    Promise Date:
   Key No:                          Schedule Date:
 Location: IH                         License No: R
  Reqn No:                                  Trim:
Warr. Date: 19 JUN 20               Promise Time:
 Cust PO#:

**************************************************************************
Job #   Description        JOB INFORMATION
**************************************************************************
        COMPLAINT:  CUSTOMER STATES THE TOUCH PAD IN THE DASH CUTS OUT NOTICED
                    ALOT WITH BUMPS

Work Order : H15756

| | CAUSE: | Screws loose on grill. Latch stick for hood |
|---|---|---|
| | CORRECTION: | Install washer and nut. Lube latch open and close 5 times GJC ..40 |
| | COMPLAINT: | CUSTOMER STATES THE HEAD LIGHTS NEED ADJUSTED(THEY POINT TO THE GROUND) |
| | | .5 $82.50 IF NOT WARRANTABLE |
| | CAUSE: | Customer request |
| | CORRECTION: | Adjust headlights up 2 inches GJC .50 |
| | COMPLAINT: | CUSTOMER STATES THE FRIDGE DOES NOT GET COOL(INSIDE IS 55 DEGREES IIN FRIDGE AND THE ICE PACKS IN THE DOOR OF FREEZE DO NOT FREEZE) |
| | | .5 $82.50 IF NOT WARRANTABLE |
| | CAUSE: | Don't know |
| | CORRECTION: | Put glass of water in freezer food zone  in for 24 hours freezer frozen water food zone  is 36 GJC .50 |
| | COMPLAINT: | CUSTOMER STATES THE WHITE CEILING TRIM IN THE BUNK BEDROOM ABOVE CAB IS COMING OFF |
| | | .5 $82.50 IF NOT WARRANTABLE |
| | CAUSE: | Wrapped |
| | CORRECTION: | SOP ceiling. Snap in molding  W 1 inch  L 8 feet GJC |
| | COMPLAINT: | CUSTOMER STATES THE INSULATION MIGHT HAVE HOLES IN IT, THERE IS LEAKS AROUND THE SLIDEROOMS WHEN IT RAINS AND THE SLIDES WERE IN.(WATER STAINS ON FLOOR) |
| | | .5 $82.50 IF NOT WARRANTABLE |
| | CAUSE: | No problem found |

Work Order : H15756

.3      CORRECTION: SOP. Clip SOP. GJC .10
.4      COMPLAINT:  CUSTOMER STATES WHEN HE OPENED UP THE FAN IN THE BATHROOM
                    THERE WAS ALOT OF AIR THAT CAME OUT FROM UNDER THE
                    SINK(NOT THE DRAWER) IS THIS NORMAL?
.4      CAUSE:      Normal
.4      CORRECTION: With fan on and bathroom door closed, air will be pulled
                    from under sink.


                    GJC .30
5       COMPLAINT:  CUSTOMER STATES THEY NOTICED A NOISE WHILE DRIVING AND
                    WASNT SURE IF IT WAS THE MUD FLAP INFRONT OF THE FRONT
                    TIRES OR THE HOOD THAT SOUNDED LOOSE. NEED TO TEST DRIVE
                    UNIT TO FIND OUT.
5       CAUSE:      Mud flaps Loose
5       CORRECTION: 4 mud flaps on front wheels install 6 screews on each mud
                    flips GJC..50 DIG  and ..70 repair
6       COMPLAINT:  CUSTOMER STATES THE LIVING ROOM SLIDE BEHIND THE DRIVERS
                    SEAT MAKES A LOUD SQUEAKING NOISE WHEN PUTTING THE UNIT
                    OUT. PLEASE ADVISE
                    .5 $82.50 IF NOT WARRANTABLE
6       CAUSE:      Wheels on room no lube on them dry
6       CORRECTION: Lube all 6 rails and floor rollers run in and out 10 times
                    sound good GJC .50
7       COMPLAINT:  CUSTOMER STATES THAT WITH THE TWO A/CS IN THE UNIT AND A
                    THIRD ONE THE PLUGGED INTO THE WINDOW, THE COOL TEMP ONLY

Work Order : H15756

```
**********************************************************************
```
| ab Code Job# | Description | LABOUR | | Rate | Total |
|---|---|---|---|---|---|
```
**********************************************************************
```
| 992 | 1 DIAG | | GJC | W | -N/C- |
| 992 | 2 DIAG | | GJC | W | -N/C- |
| 992 | 3 DIAG | | GJC | W | -N/C- |
| 992 | 4 DIAG | | GJC | 165.00 | 82.50 |
| 992 | 5 DIAG | | GJC | W | -N/C- |
| 992 | 6 DIAG | | GJC | W | -N/C- |
| 992 | 7 DIAG | | GJC | 165.00 | 82.50 |
| 992 | 8 DIAG | | GJC | W | -N/C- |
| 992 | 9 DIAG | | GJC | W | -N/C- |
| 992 | 10 DIAG | | GJC | W | -N/C- |
| 992 | 11 DIAG | | GJC | W | -N/C- |
| 992 | 12 DIAG | | GJC | W | -N/C- |
| 992 | 13 DIAG | | GJC | W | -N/C- |
| 992 | 14 DIAG | | GJC | 165.00 | 49.50 |
| 992 | 15 DIAG | | GJC | W | -N/C- |
| 992 | 16 DIAG | | GJC | W | -N/C- |
| 992 | 17 DIAG | | GJC | 165.00 | 82.50 |
| 992 | 18 DIAG | | | 165.00 | 0.00 |
| 990 | TESY COURTESY INSPECTION-DO NOT INCLUDE | | | 165.00 | 0.00 |
| 990 | 2020 WINTERIZE WITH ANTIFREEZE | | GJC | 165.00 | 247.50 |
| 992 | 10 DIAG | | GJC | W | -N/C- |
| 992 | 10 DIAG | | GJC | W | -N/C- |

Work Order : H15756

)ATE RELEASED: _____

: WENT THROUGH AN "ACTIVE PICK UP PROCESS" AND
: HAVE INSPECTED ALL OF THE REPAIRS PERFORMED AND THEY ARE TO MY
;ATISFACTION.
:USTOMER SIGNATURE X_____     DATE _____
:/WE THE UNDERSIGNED ACKNOWLEDGE THE FORGOING AS FACTUAL AND I/WE
[EREBY
.CKNOWLEDGE RECEIPT OF COMPLETED COPY.
.LL LABOR REPAIR CONCERNS MUST BE BROUGHT TO THE
.TTENTION OF SERVICE MANAGEMENT WITH-IN 90 DAYS,

'HANK YOU FOR CHOOSING GENERAL R.V. SERVICE CENTERS.


[OTE:
.TORAGE FEES START 24 HOURS AFTER COMPLETION ($25.00 A DAY)

GENERAL RV CENTER
3063 GREENSBURG RD
NORTH CANTON OH
US
44720
330-896-8977

CUSTOMER WORK ORDER # H17462

Completed: 21 NOV 20                    Customer: 1591663 - HONEYCUTT, JOSEPH
Invoice #:                              Address: 3880 LAUREL RIDGE RD
   Author: TRMARTIN                              LOWELL, OH
 Stock No: 215991                                45744
Year/Make: 2020 A-D THOR PALAZZO     Home Phone: 304-210-3599
    Model: 37.4                       Work Phone:
Serial No: ZDW03740114433          Purchase Date: 19 JUN 20
Chassis No: 4UZACJFC2LCLX6605            Date In: 02 NOV 20
  Mileage: 6170.2                   Promise Date:
   Key No:                         Schedule Date:
 Location: IH                        License No: R
  Reqn No:                                 Trim:
Warr. Date: 19 JUN 20              Promise Time:
 Cust PO#:

:*********************************************************************************
Job #    Description        JOB INFORMATION
:*********************************************************************************
     COMPLAINT:  PLEASE INSTALL SOP RADIO

Work Order : H17462

CORRECTION: Removed dinette seat cushions and bases. Removed seat
belts. Removed old Lino. Cut new Lino to size. Installed
on floor. Reinstalled seat belts. Reinstalled seat bases
and cushions. DCJ 3.0 hours

COMPLAINT: PLEASE INSTALL SOP TRIM IN BUNK ROOM ABOVE CAB
auth# PA603097
.2 TO INSTALL

*PREVIOUS WO# H15756*
CUSTOMER STATES THE WHITE CEILING TRIM IN THE BUNK BEDROOM
ABOVE CAB IS COMING OFF
.5 $82.50 IF NOT WARRANTABLE
Wrapped
SOP ceiling. Snap in molding   W 1 inch   L 8 feet GJC

CAUSE: Bad trim piece

CORRECTION: Removed old trim piece.   Cut new piece to length.
Installed new piece. DCJ .20 hours

COMPLAINT: PLEASE INSTALL SOP SCREEN CLIP IN WINDOW ABOVE KITCHEN
SINK
auth# PA603097
.1 TO INSTALL

*PREVIOUS WO# H15756*CUSTOMER STATES THE SCREEN IN THE
KITCHEN ABOVE SINK HAS A MISSING CLIP TO HOLD THE SCREEN
IN

Work Order : H17462

```
**********************************************************************
xcode    Job#  Description        EXTRAS            Qty    Price    Total
**********************************************************************
RTUPSW     1   UPS ON WARRANTY WORKORDERS           1.00      W      -N/C-
SW         1   WARRANTY SHOP SUPPLIES               1.00      W      -N/C-
```

|  |  |
|---|---|
| Parts Total: | 0.00 |
| Labour Total: | 0.00 |
| Sublet Total: | 0.00 |
| Extras Total: | 0.00 |
| Work Order Total: | 0.00 |

ERMS:    STRICTLY  CASH  ( UNLESS OTHER ARRANGEMENTS HAVE BEEN MADE)

** NOTICE ****
LL SERVICE UNITS MUST BE PICKED UP SAME DAY OF APPOINTMENT.
F "KEEP YOU CAMPING"CRITICAL PARTS ARE NOT AVAILABLE
USTOMER MAY LEAVE THEIR UNIT FREE OF STORAGE CHARGE
NTIL COMPLETION.

ATE VEHICLE DROPPED OFF: _____
ATE OF APPOINTMENT:

Work Order : H17462

C-017

GENERAL RV CENTER
3063 GREENSBURG RD
NORTH CANTON OH
US
44720
330-896-8977

CUSTOMER WORK ORDER # H18351

```
Completed: 04 DEC 20                    Customer: 1591663 - HONEYCUTT, JOSEPH
Invoice #:                              Address: 3880 LAUREL RIDGE RD
  Author: TRMARTIN                               LOWELL, OH
 Stock No: 215991                                45744
Year/Make: 2020 A-D THOR PALAZZO      Home Phone: 304-210-3599
    Model: 37.4                        Work Phone:
Serial No: ZDW03740114433           Purchase Date: 19 JUN 20
Chassis No: 4UZACJFC2LCLX6605             Date In: 18 NOV 20
  Mileage: 6171                       Promise Date:
    Key No:                          Schedule Date:
 Location: IH                          License No: R
  Reqn No:                                   Trim:
arr. Date: 19 JUN 20                 Promise Time:
 Cust PO#:
```

```
*****************************************************************************
ob #    Description        JOB INFORMATION
*****************************************************************************
         COMPLAINT:  LEAK COMING FROM DINNETTE SLIDE AND GATHERING WATER AT
```

Work Order : H18351

```
*********************************************************************************
ab Code Job# Description       LABOUR                            Rate      Total
*********************************************************************************
992       1 DIAG                              WMA                    W      -N/C-
992       2 DIAG                                                     W      -N/C-
992       1 DIAG                              WMA                    W      -N/C-


*********************************************************************************
xcode    Job# Description      EXTRAS                     Qty    Price      Total
*********************************************************************************
NV         1  ENVIRONMENTAL FEE                          1.00       W      -N/C-
RTCCW      1  CRATING ON WARRANTY WORKORDER              1.00       W      -N/C-
RTUPSW     1  UPS ON WARRANTY WORKORDERS                 1.00       W      -N/C-
RTW        1  FREIGHT ON WARRANTY WORKORDERS             1.00       W      -N/C-
SW         1  WARRANTY SHOP SUPPLIES                     1.00       W      -N/C-

                                            Parts Total:           0.00
                                            Labour Total:          0.00
                                            Sublet Total:          0.00
                                            Extras Total:          0.00
                                       Work Order Total:           0.00
```

Work Order : H18351

TORAGE FEES START 24 HOURS AFTER COMPLETION ($25.00 A DAY)

GENERAL RV CENTER
3063 GREENSBURG RD
NORTH CANTON OH
US
44720
330-896-8977

CUSTOMER WORK ORDER # H20336

Completed: 13 JAN 21                        Customer: 1591663 - HONEYCUTT, JOSEPH
Invoice #:                                   Address: 3880 LAUREL RIDGE RD
   Author: TRMARTIN                                   LOWELL, OH
Stock No: 215991                                      45744
Year/Make: 2020 A-D THOR PALAZZO        Home Phone: 304-210-3599
   Model: 37.4                             Work Phone:
Serial No: ZDW03740114433              Purchase Date: 19 JUN 20
hassis No: 4UZACJFC2LCLX6605               Date In: 08 JAN 21
 Mileage: 0                              Promise Date:
  Key No:                               Schedule Date:
Location: IH                              License No: R
  Reqn No:                                     Trim:
arr. Date: 19 JUN 20                    Promise Time:
 Cust PO#:

*********************************************************************************
ob #    Description          JOB INFORMATION
*********************************************************************************
        COMPLAINT: CUSTOMER STATES THERE IS A MAJOR LEAK HAPPENING WITH HIS

Work Order : H20336

around and again no signs of water getting in. I did the
same tests on the driver side sliderooms and no water
intrusion. The only thing left was to check and clean the
drain cups on all the sliderooms. I inspected and cleaned
them out. WMA 2.75

\*\* This is a goodwill repair that was performed by General
RV Center service facility \*\*

CAUSE:          Possible gap in seals at the top corner of the slide room.

CORRECTION: Inspected the area around the passenger slide room. I
didn't see anything that that would cause a leak like the
customer showed the service writer. Water tested by
simulating the previous rain we had where the customer
seen the water. Attached a hose to a ladder so it would
spray straight up and then fall down like rain. Did this
for over an hour and had no water intrusion into the
camper. Changed the way the water sprayed so it was
spraying straight onto the passenger side of the camper.
After more then an hour there was still no water intrusion
inside the camper. Moved the hose again to spray from the
front of the camper onto the slide fascia. After 30
minutes I noticed some water coming in at the top corner.
Cleaned and sealed the top corners and then down the edge

Work Order : H20336

| | | |
|---|---|---|
| Parts Total: | 0.00 |
| Labour Total: | 0.00 |
| Sublet Total: | 0.00 |
| Extras Total: | 0.00 |
| Work Order Total: | 0.00 |

ERMS:    STRICTLY   CASH   ( UNLESS OTHER ARRANGEMENTS HAVE BEEN MADE)

** NOTICE ****
LL SERVICE UNITS MUST BE PICKED UP SAME DAY OF APPOINTMENT.
F "KEEP YOU CAMPING"CRITICAL PARTS ARE NOT AVAILABLE
USTOMER MAY LEAVE THEIR UNIT FREE OF STORAGE CHARGE
NTIL COMPLETION.

ATE VEHICLE DROPPED OFF: _____
ATE OF APPOINTMENT: _____
EPAIR COMPLETION DATE: _____
OTIFIED OF COMPLETION DATE: _____
ATE RELEASED: _____

 WENT THROUGH AN "ACTIVE PICK UP PROCESS" AND

Work Order : H20336